

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00652-CV

**IN RE** William O. **WILEY**;

Wiley Lease Co., Ltd.; W. Disposal Services, LLC; and Gaydos Vac Services, LLC

Original Mandamus Proceeding[1]

**ORDER**

Relators filed an unopposed motion to dismiss this original proceeding because the trial court entered an order that rendered this proceeding moot. We grant the motion and dismiss the petition for writ of mandamus. Relators' emergency motion to stay is denied as moot.

It is so **ORDERED** on October 16, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 19-09-0837-CVA, styled *Wiley Energy Services, LLC v. William O. Wiley; et al.*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Lynn Ellison presiding.